# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCYLYN BEZI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARIA SIGALO, ANAHEM HOUSING AUTHORITY, CARMEN NARANJO, and does 1 through 76 inclusive,<br><br>　　　　Defendants. | Case No. SACV 13-1584-MMM (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: June 6, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE