JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCYLYN BEZI,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MARIA SIGALO, ANAHEM HOUSING AUTHORITY, CARMEN NARANJO, and does 1 through 76 inclusive,<br><br>　　　　　Defendants. | Case No. SACV 13-1584-MMM (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: June 6, 2014

　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1